UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA - RENO

| | |
|---|---|
| **Malessa De Loera**, an individual, **Luis De Loera**, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**Caesars Entertainment Corporation**, a Delaware corporation, **Harrahs Lake Tahoe LLC**, a Delaware limited liability company, **Adam Lawler**, an individual, **Christopher Chavarin**, an individual,<br><br>Defendants. | Case No.: 3:17-cv-00575-LRH-VPC<br><br>**STIPULATION AND ORDER TO DISMISS CAUSES OF ACITON WITH PREJUDICE AGAINST DEFENDANT CAESARS ENTERTAINMENT CORPORATION** |

**To the parties, counsel, and the above-entitled court:**

**WHEREAS** on August 11, 2017, Plaintiffs, Malessa De Loera and Luis De Loera ("Plaintiffs") filed their Complaint for Damages in this action against

- 1 -

| | |
|---|---|
| 1 | Caesars Entertainment Corporation, Harrahs Lake Tahoe LLC,, Adam Lawler, |
| 2 | and Christopher Chavarin ("Defendants"). |
| 3 | **WHEREAS** Plaintiffs seeks to dismiss this action, in its entirety and with |
| 4 | prejudice against Defendant Caesars Entertainment Corporation. |
| 5 | **IT IS HEREBY STIPULATED**, by and between Plaintiffs and Defendants by |
| 6 | and through their respective counsel, that: |
| 7 | 1. Plaintiffs' entire complaint and all its causes of action be dismissed , with |
| 8 | prejudice, as against Defendant Caesars Entertainment Corporation. |
| 9 | DATED: December 5, 2017 |
| 10 | /s/Nicco Capozzi |
| 11 | Nicco Capozzi |
| 12 | Cal. Bar No. 275568<br>2115 Kern St. Ste 103 |
| 13 | Fresno, CA 93721<br>Attorney for Plaintiffs |
| 14 | (Pro Hac Vice) |
| 15 | /s/Brad M. Johnston |
| 16 | Brad Johnston<br>Nev. Bar No. 8515 |
| 17 | 22 State Route 208<br>Yerington, NV 89447 |
| 18 | Attorney for Defendants<br>Adam Lawler and Christopher Chavarin |
| 19 | /sLora Schneider |
| 20 | Lora Schneider |
| 21 | Nevada Bar No. 10446<br>5940 S. Rainbow Blvd. |
| 22 | Las Vegas, NV 89118<br>Attorney for Defendants |
| 23 | Caesars Entertainment Corporation and<br>Harvey's Lake Tahoe Management Company, Inc. |
| 24 | (erroneously served as Harrahs Lake Tahoe, LLC) |
| 25 | |
| 26 | **SEE ORDER NEXT PAGE** |
| 27 | |
| 28 | |

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiffs' causes of actions against Defendant Caesars Entertainment Corporation be dismissed and hereby are dismissed with prejudice.

**IT IS SO ORDERED**.

DATED this 7th day of December, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE