UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MALESSA DE LOERA, an individual, and LUIS DE LOERA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION, a Delaware corporation; HARRAHS LAKE TAHOE LLC, a Delaware limited liability company; ADAM LAWLER, an individual; and CHRISTOPHER CHAVARIN, an individual,<br><br>Defendants. | Case No. 3:17-cv-00575-LRH-VPC<br><br>ORDER |

In this personal injury suit, Malessa De Loera and Luis De Loera sued Caesars Entertainment Corporation, Harrahs Lake Tahoe LLC, Adam Lawler, and Christopher Chavarin. ECF No. 1. The parties later stipulated to dismissing Caesars Entertainment. *See* ECF No. 29. The parties also stipulated to the filing of a first amended complaint so the De Loeras could correct the name of Harvey's Lake Tahoe Management Company, Inc. *See* ECF No. 30. Accordingly, in the first amended complaint, the De Loeras name Harvey's Lake Tahoe Management Company, Inc., Lawler, and Chavarin as defendants.[1] ECF No. 31. The De Loeras also state their place of residence is California. *Id.* ¶¶ 1–2. Now, Harvey's, Lawler, and

---

[1] Despite correcting the name of a defendant and dismissing another defendant, the caption in this matter has not changed. The parties are instructed to file their pleadings under the original caption of this case unless the court orders otherwise.

1

Chavarin each move for an order securing costs under Nevada Revised Statute ("N.R.S.") § 18.130. ECF Nos. 32, 33, 34. The De Loeras do not oppose the demands. ECF Nos. 40, 41, 42.

N.R.S. § 18.130 states in part: "[w]hen a plaintiff in an action resides out of the State, or is a foreign corporation, security for costs and charges which may be awarded against such plaintiff [not to exceed $500] may be required by the defendant, by the filing and service on plaintiff of a written demand therefor within the time limited for answering the complaint." Nev. Rev. Stat. § 18.130(1). While such security is not required under the Federal Rules of Civil Procedure, "[i]t has been the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS § 18.130 in diversity actions." *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305 (D. Nev. 1983). Because the De Loeras reside out of the State of Nevada and do not oppose the demands for security costs, the court grants each motion that seeks an order securing costs under N.R.S. § 18.130.

IT IS THEREFORE ORDERED that Harvey's Tahoe Management Company, Inc's demand for security costs (ECF No. 32) is **GRANTED.** Malessa De Loera and Luis De Loera are each ordered to post $500.00 in security for Harvey's Tahoe Management Company, Inc. and in compliance with N.R.S. § 18.130.

IT IS FURTHER ORDERED that Adam Lawler's demand for security costs (ECF No. 33) is **GRANTED.** Malessa De Loera and Luis De Loera are each ordered to post $500.00 in security for Adam Lawler and in compliance with N.R.S. § 18.130.

IT IS FURTHER ORDERED that Christopher Chavarin's demand for security costs (ECF No. 34) is **GRANTED.** Malessa De Loera and Luis De Loera are each ordered to post $500.00 in security for Christopher Chavarin and in compliance with N.R.S. § 18.130.

IT IS SO ORDERED.

DATED this 9th day of January, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE