## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

MALESSA DE LOERA, an individual, LUIS
DE LOERA, an individual,

    Plaintiffs,

vs.

HARVEY'S TAHOE MANAGEMENT
COMPANY, INC., a Nevada corporation,
ADAM LAWLER, an individual,
CHRISTOPHER CHAVARIN, an individual,

    Defendants.
_____/

Case No.: 3:17-cv-00575-LRH-VPC

**STIPULATION TO EXTEND TIME TO RESPOND TO CROSS-CLAIM**

**(First Request)**

**AND ORDER THEREON**

Defendants/Cross-Defendants Adam Lawler and Christopher Chavarin, (collectively, "Defendants"), by and through their undersigned counsel, and Defendant/Cross-Claimant Harvey's Tahoe Management Company, Inc. ("Harvey's"), by and through its undersigned counsel, hereby stipulate and agree that Defendants shall have up to and including Monday, March 19, 2018 to respond to Harvey's cross-claim in the above-captioned matter.

This Stipulation is made for good cause because a settlement conference has been set in this matter for Friday, March 9, 2018, and the parties wish to focus their attention on possible resolution. In addition, a brief extension will afford Defendants more time to evaluate Harvey's

cross-claim and prepare their response if it is needed. This extension is not being sought for any improper purpose or delay.

This is the first request Defendants have made for an extension of time to respond to Harvey's cross-claim.

IT IS SO STIPULATED.

DATED this 19th day of February, 2018.

| RESNICK & LOUIS, P.C. | JOHNSTON LAW OFFICES, P.C. |
|---|---|
| /s/ Lora A. Schneider | /s/ Brad M. Johnston |
| Lora A. Schneider<br>Nevada Bar No. 10448<br>5940 S. Rainbow Blvd.<br>Las Vegas, NV 89118<br>Telephone: 702-997-3800 | Brad M. Johnston<br>Nev. Bar No. 8515<br>22 State Route 208<br>Yerington, NV 89447<br>Telephone: 775-463-9500 |
| *Attorneys for Harvey's Tahoe Management Company, Inc.* | *Attorneys for Adam Lawler and Christopher Chavarin* |

**O R D E R**

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 21st day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE