# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

MALESSA DE LOERA, an individual, LUIS
DE LOERA, an individual,

    Plaintiffs,

vs.

HARVEY'S TAHOE MANAGEMENT
COMPANY, INC., a Nevada corporation,
ADAM LAWLER, an individual,
CHRISTOPHER CHAVARIN, an individual,

    Defendants.
_____/

Case No.: 3:17-cv-00575-LRH-VPC

**ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO CROSS-CLAIM**

**(Second Request)**

    Defendants/Cross-Defendants Adam Lawler and Christopher Chavarin, (collectively, "Defendants"), by and through their undersigned counsel, and Defendant/Cross-Claimant Harvey's Tahoe Management Company, Inc. ("Harvey's"), by and through its undersigned counsel, hereby stipulate and agree that Defendants shall have up to and including Friday, June 1, 2018 to respond to Harvey's cross-claim in the above-captioned matter.

    This Stipulation is made for good cause because a settlement conference was conducted in this matter on Friday, March 9, 2018 before the Hon. Valerie P. Cooke. That settlement conference resulted in Judge Cooke scheduling a continued settlement conference for Friday, May 25, 2018 [Doc. No. 54] and issuing an order to show cause to Harvey's client

representative. [Doc. No. 56]. The parties wish to continue to focus their attention on possible resolution following the settlement conference that occurred on March 9, 2018 and in anticipation of the continued scheduling conference scheduled for May 25, 2018. This extension is not being sought for any improper purpose or delay.

This is the second request Defendants have made for an extension of time to respond to Harvey's cross-claim.

IT IS SO STIPULATED.

DATED this 28th day of March, 2018.

| RESNICK & LOUIS, P.C. | JOHNSTON LAW OFFICES, P.C. |
|---|---|
| /s/ Lora A. Schneider | /s/ Brad M. Johnston |
| Lora A. Schneider | Brad M. Johnston |
| Nevada Bar No. 10448 | Nev. Bar No. 8515 |
| 5940 S. Rainbow Blvd. | 22 State Route 208 |
| Las Vegas, NV 89118 | Yerington, NV 89447 |
| Telephone: 702-997-3800 | Telephone: 775-463-9500 |
| *Attorneys for Harvey's Tahoe Management Company, Inc.* | *Attorneys for Adam Lawler and Christopher Chavarin* |

IT IS SO ORDERED.

DATED this 29th day of March, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE