```
FILED          RECEIVED
ENTERED        SERVED ON
       COUNSEL/PARTIES OF RECORD

       APR 0 4 2018

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY:                    DEPUTY
```

Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
HARVEY'S TAHOE MANAGEMENT COMPANY, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA - RENO

| | |
|---|---|
| MALESSA DE LOERA, an individual, LUIS DE LOERA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HARVEY'S TAHOE MANAGEMENT COMPANY, INC., a Nevada corporation, ADAM LAWLER, an individual, CHRISTOPHER CHAVARIN, an individual,<br><br>Defendants. | CASE NO. 3:17-cv-00575-LRH-VPC<br><br>ORDER<br><br>**SUBSTITUTION OF COUNSEL** |

THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER hereby agrees to become substituted as attorney of record for Defendant HARVEY'S TAHOE MANAGEMENT COMPANY, INC., in the place and stead of the law firm of RESNICK & LOUIS, P.C., in the above-entitled matter.

DATED this ___ day of March, 2018.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: _____
Katherine F. Parks, Esq.
State Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882

- 1 -

RESNICK & LOUIS, P.C., attorneys of record for Defendant HARVEY'S TAHOE MANAGEMENT COMPANY, INC., does hereby consent to the substitution of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER in the above-entitled matter.

DATED this 28th day of March, 2018.

RESNICK & LOUIS, P.C.

By: /s/ Lora A. Schneider
Lora A. Schneider, Esq.
State Bar No. 10448
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
(702) 997-3800

Defendant HARVEY'S TAHOE MANAGEMENT COMPANY, INC., hereby consents to the substitution of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER as its attorney of record in the place and stead of RESNICK & LOUIS, P.C., in the above-entitled matter.

DATED this ____ day of _____, 2018

By: _____
Neal Krokosky

Its: Corporate Counsel, Litigation

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: _____

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing SUBSTITUTION OF COUNSEL to be served on all parties to this action by:

____ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

__✓__ United States District Court, District of Nevada CM/ECF (Electronic Case Filing)

____ personal delivery

____ facsimile (fax)

____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

Michael C. Mills, Esq.
Bauman Loewe Witt & Maxwell, PLLC
3650 North Rancho Dr., Suite 114
Las Vegas, NV 89130

Nicco Capozzi, Esq.
Law Offices of Nicco Capozzi
2115 Kern Street, Suite 103
Fresno, CA 93721
Attorneys for Plaintiffs

Brad M. Johnston, Esq.
Johnston Law Offices, P.C.
22 State Route 208
Yerington, NV 89447
Attorneys for Defendants
Adam Lawler and Christopher Chavarin

DATED this 2 day of April, 2018

Sam Baker
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER

- 3 -