Katherine F. Parks, Esq. - State Bar No. 6227
Thorndal Armstrong Delk Balkenbush & Eisinger
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
kfp@thorndal.com
Attorneys for Defendant
HARVEY'S TAHOE MANAGEMENT COMPANY, INC.



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MALESSA DE LOERA, an individual, LUIS DE LOERA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HARVEY'S TAHOE MANAGEMENT COMPANY, INC., a Nevada corporation, ADAM LAWLER, an individual, CHRISTOPHER CHAVARIN, an individual,<br><br>Defendants. | CASE NO. 3:17-CV-00575-LRH-VPC<br><br>ORDER<br><br>**UPDATE REGARDING STATUS OF SETTLEMENT** |

COMES NOW Defendant, HARVEY'S TAHOE MANAGEMENT COMPANY, INC., by and through its attorneys of record, Thorndal Armstrong Delk Balkenbush & Eisinger, and hereby submits this update regarding the status of settlement in this matter.

The parties have completed the necessary settlement documents reflecting the global settlement reached on May 23, 2018. On May 25, 2018, the Court ordered the parties to submit a stipulation and order for dismissal no later than Monday, June 25, 2018. The parties are in the process of executing the agreed upon settlement documents at this time. The parties contemplate that the settlement agreement will be fully executed and settlement monies exchanged during the

/ / /

week of June 25, 2018. However, the parties would request an extension through Monday, July 2, 2018, in which to submit the stipulation for dismissal with prejudice.

    DATED this 25th day of June, 2018.

                          THORNDAL ARMSTRONG
                          DELK BALKENBUSH & EISINGER

                          By: */ s / Katherine F. Parks*
                              Katherine F. Parks, Esq.
                              State Bar No. 6227
                              6590 S. McCarran Blvd., Suite B
                              Reno, Nevada 89509
                              (775) 786-2882
                              kfp@thorndal.com
                              Attorneys for Defendant
                              HARVEY'S TAHOE MANAGEMENT
                              COMPANY, INC.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE
DATED: June 24, 2018

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and that on this date I caused the foregoing **UPDATE REGARDING STATUS OF SETTLEMENT** to be served on all parties to this action by:

_____ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

__✓__ United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

_____ personal delivery

_____ facsimile (fax)

_____ Federal Express/UPS or other overnight delivery

fully addressed as follows:

>Michael C. Mills, Esq.
>Bauman Loewe Witt & Maxwell, PLLC
>3650 North Rancho Drive, Suite 114
>Las Vegas, NV  89130
>
>Nicco Capozzi, Esq.
>Law Offices of Nicco Capozzi
>2115 Kern Street, Suite 103
>Fresno, CA 93721
>*Attorneys for Plaintiff*
>
>Brad M. Johnston, Esq.
>Johnston Law Offices, P.C.
>22 State Route 208
>Yerington, Nevada 89447
>*Attorneys for Defendants*
>*Adam Lawler and Christopher Chavarin*

DATED this 25th day of June, 2018.

      / s / Sam Baker
An employee of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER