# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MALESSA DE LOERA, an individual, LUIS DE LOERA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>HARVEY'S TAHOE MANAGEMENT COMPANY, INC., a Nevada corporation, ADAM LAWLER, an individual, CHRISTOPHER CHAVARIN, an individual,<br><br>Defendants. | CASE NO. 3:17-CV-00575-LRH-VPC<br><br>**<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>** |

COME NOW Plaintiffs, MALESSA DE LOERA and LUIS DE LOERA, and Defendants, HARVEY'S TAHOE MANAGEMENT COMPANY, INC., ADAM LAWLER and CHRISTOPHER CHAVARIN, by and through their respective counsel, and hereby stipulate

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

that the above-entitled matter may be dismissed with prejudice in its entirety with each party to bear their own costs and attorney's fees.

| | |
|---|---|
| DATED: This 3rd day of July, 2018.<br><br>LAW OFFICES OF NICCO CAPOZZI<br><br>By: _/ s / Nicco Capozzi, Esq._<br>   Nicco Capozzi, Esq.<br>   2115 Kern Street, Suite 103<br>   Fresno, CA 93721<br>   *Attorneys for Plaintiff* | DATED this 3rd day of July, 2018.<br><br>THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER<br><br>By: _/ s / Katherine F. Parks___<br>   Katherine F. Parks, Esq.<br>   State Bar No.  6227<br>   6590 S. McCarran Blvd, Suite B<br>   Reno, Nevada 89509<br>   *Attorneys for Defendant<br>   Harvey's Tahoe Management<br>   Company, Inc.* |
| DATED this 3rd day of July, 2018.<br><br>Johnston Law Offices, P.C.<br><br>By: _/ s / Brad M. Johnston, Esq._<br>   Brad M. Johnston, Esq.<br>   22 State Route 208<br>   Yerington, Nevada  89447<br>   *Attorney for Defendants<br>   Adam Lawler and Christopher Chavarin* | |

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of July, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE